## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: JONES, SCOTT § Case No. 11-12549
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 26, 2011. The undersigned trustee was appointed on March 26, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $          59,171.52

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 68.70 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 59,102.82 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/06/2012 and the deadline for filing governmental claims was 04/06/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,705.24. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,705.24, for a total compensation of $3,705.24.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/11/2013           By: /s/ALEX D. MOGLIA
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-12549  
**Case Name:** JONES, SCOTT  

**Period Ending:** 01/11/13

**Trustee:** (330260) ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 03/26/11 (f)  
**§341(a) Meeting Date:** 05/05/11  
**Claims Bar Date:** 04/06/12

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | cash<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 75.00 | 0.00 | DA | 0.00 | FA |
| 2 | bank account with Chase<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 96.00 | 0.00 | DA | 0.00 | FA |
| 3 | bank account with MB<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 212.00 | 0.00 | DA | 0.00 | FA |
| 4 | miscellaneous household goods and furnishings--e<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 3,725.00 | 2,725.00 | DA | 0.00 | FA |
| 5 | miscellaneous books, pictures, and family photos<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 250.00 | 50.00 | DA | 0.00 | FA |
| 6 | wearing apparel<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1,755.00 | 0.00 | DA | 0.00 | FA |
| 7 | miscellaneous items<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Debtor has no insurance policy with a cash value<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | pension/IRA/401k, if any<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | liquidated tax refund(s), if any<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | interest of Samuel C. Jones Probate Estate. For<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | Unknown | 80,000.00 |  | 59,171.52 | FA |
| 12 | 2003 Ford Ranger (nada.com value) | 2,725.00 | 0.00 | DA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-12549  
**Case Name:** JONES, SCOTT

**Trustee:** (330260) ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 03/26/11 (f)  
**§341(a) Meeting Date:** 05/05/11

**Period Ending:** 01/11/13

**Claims Bar Date:** 04/06/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13 | 2001 Yamaha Vino Scooter  Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | miscellaneous assets, including any unliquidated  Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| **14** | **Assets**   **Totals** (Excluding unknown values) | **$11,338.00** | **$82,775.00** | | **$59,171.52** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** April 30, 2012     **Current Projected Date Of Final Report (TFR):** November 30, 2012

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-12549  
**Case Name:** JONES, SCOTT  
**Taxpayer ID #:** APPLIED  
**Period Ending:** 01/11/13

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****564966 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 59,102.82 | | 59,102.82 |
| | | | **ACCOUNT TOTALS** | | **59,102.82** | **0.00** | **$59,102.82** |
| | | | Less: Bank Transfers | | 59,102.82 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 01/11/2013 12:57 PM    V.13.11

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 11-12549 | | **Trustee:** | ALEX D. MOGLIA (330260) |
|---|---|---|---|---|
| **Case Name:** | JONES, SCOTT | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******38-66 - Checking Account |
| **Taxpayer ID #:** | APPLIED | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 01/11/13 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/11/12 | {11} | Lisa D. McBride | SALE PROCEEDS - PERSONAL PROPERTY | 1129-000 | 59,171.52 | | 59,171.52 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 68.70 | 59,102.82 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033026088 20121220 | 9999-000 | | ! 59,102.82 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **59,171.52** | **59,171.52** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 59,102.82 | |
| | | | **Subtotal** | | **59,171.52** | **68.70** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$59,171.52** | **$68.70** | |

| **TOTAL - ALL ACCOUNTS** | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****564966** | 0.00 | 0.00 | 59,102.82 |
| **Checking # 9200-******38-66** | 59,171.52 | 68.70 | 0.00 |
| | **$59,171.52** | **$68.70** | **$59,102.82** |

# Claims Register

## Case:  11-12549   JONES, SCOTT

Claims Bar Date:   04/06/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | ALEX D. MOGLIA<br>1325 REMINGTON RD.STE. H<br>SCHAUMBURG, IL 60173<br><2100-00  Trustee Compensation>,  200 | Admin Ch.  7<br>03/26/11 | [Updated by Surplus to Debtor Report based on Net Estate Value: 29552.43] | $3,705.24<br>$3,705.24 | $0.00 | $3,705.24 |
|  | SPRINGER, BROWN, COVEY, GAERTNER & DAVIS LLC<br>WHEATON EXECUTIVE CENTER<br>400 S. COUNTY FARM ROAD - SUITE 330<br>WHEATON, IL 60187<br><3210-00  Attorney for Trustee Fees (Other Firm)>,  200 | Admin Ch.  7<br>03/26/11 |  | $4,589.50<br>$4,589.50 | $0.00 | $4,589.50 |
| 1 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/17/12 |  | $13,273.80<br>$13,273.80 | $0.00 | $13,273.80 |
| 1I | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7990-00  Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>01/17/12 |  | $62.12<br>$62.12 | $0.00 | $62.12 |
| 2 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/25/12 |  | $2,641.42<br>$2,641.42 | $0.00 | $2,641.42 |
| 2I | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145<br><7990-00  Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>01/25/12 |  | $12.36<br>$12.36 | $0.00 | $12.36 |
| 3 | FIA CARD SERVICES NA successor to Bank of America NA USA and MBNA America Bank<br>PO Box 15102<br>Wilmington, DE 19886-5102<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/06/12 |  | $5,175.07<br>$5,175.07 | $0.00 | $5,175.07 |
| 3I | FIA CARD SERVICES NA successor to Bank of America NA USA and MBNA America Bank<br>PO Box 15102 | Unsecured<br>02/06/12 |  | $24.22<br>$24.22 | $0.00 | $24.22 |

# Claims Register

### Case: 11-12549    JONES, SCOTT

Claims Bar Date: 04/06/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Wilmington, DE 19886-5102 | | | | | |
| | <7990-00  Surplus Cases Interest on Unsecured Claims (including priority)>, 640 | | | | | |
| SURPLUS | JONES, SCOTT<br>50 LINCOLN, 1S<br>RIVERSIDE, IL 60546 | Unsecured<br>03/26/11 | | $29,619.09<br>$29,619.09 | $0.00 | $29,619.09 |
| | <8200-00  Surplus Funds Paid to Debtor § 726 (a)(6) (incl pmts to shareholders & ltd part)>, 650 | | | | | |
| | | | **Case Total:** | | **$0.00** | **$59,102.82** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 11-12549
Case Name: JONES, SCOTT
Trustee Name: ALEX D. MOGLIA

**Balance on hand:**   $   59,102.82

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   59,102.82

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ALEX D. MOGLIA | 3,705.24 | 0.00 | 3,705.24 |
| Attorney for Trustee, Fees - SPRINGER, BROWN, COVEY, GAERTNER & DAVIS LLC | 4,589.50 | 0.00 | 4,589.50 |

Total to be paid for chapter 7 administration expenses:   $   8,294.74
Remaining balance:   $   50,808.08

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   50,808.08

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

|  |  |
|---|---:|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 50,808.08 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 21,090.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Discover Bank | 13,273.80 | 0.00 | 13,273.80 |
| 2 | Chase Bank USA, N.A. | 2,641.42 | 0.00 | 2,641.42 |
| 3 | FIA CARD SERVICES NA successor to Bank | 5,175.07 | 0.00 | 5,175.07 |

|  |  |
|---|---:|
| Total to be paid for timely general unsecured claims: | $ 21,090.29 |
| Remaining balance: | $ 29,717.79 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

|  |  |
|---|---:|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 29,717.79 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 29,717.79 |

**UST Form 101-7-TFR (05/1/2011)**

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.3% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $98.70. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $29,619.09.

**UST Form 101-7-TFR (05/1/2011)**