**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: JONES, SCOTT § Case No. 11-12549
§
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that ALEX D. MOGLIA                       , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   219 S. Dearborn Street, Room 873
   Chicago, IL  60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within  20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within  20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 02/13/2013 in Courtroom 613, United States Courthouse,
219 S. Dearborn Street
Chicago, IL  60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  01/16/2013          By:  /s/ALEX D. MOGLIA
                                              Trustee

ALEX D. MOGLIA
1325 REMINGTON RD.STE. H
SCHAUMBURG, IL  60173
(847) 884-8282

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: JONES, SCOTT § Case No. 11-12549
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 59,171.52 |
| *and approved disbursements of* | $ 68.70 |
| *leaving a balance on hand of* [1] | $ 59,102.82 |
| **Balance on hand:** | $ 59,102.82 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 59,102.82 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ALEX D. MOGLIA | 3,705.24 | 0.00 | 3,705.24 |
| Attorney for Trustee, Fees - SPRINGER, BROWN, COVEY, GAERTNER & DAVIS LLC | 4,589.50 | 0.00 | 4,589.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 8,294.74 |
| Remaining balance: | $ 50,808.08 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 50,808.08 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 50,808.08 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 21,090.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 13,273.80 | 0.00 | 13,273.80 |
| 2 | Chase Bank USA, N.A. | 2,641.42 | 0.00 | 2,641.42 |
| 3 | FIA CARD SERVICES NA successor to Bank | 5,175.07 | 0.00 | 5,175.07 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 21,090.29 |
| Remaining balance: | $ | 29,717.79 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 29,717.79

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 29,717.79

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.3% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $98.70. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 29,619.09.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/ALEX D. MOGLIA
Trustee

ALEX D. MOGLIA
1325 REMINGTON RD.STE. H
SCHAUMBURG, IL  60173
(847) 884-8282

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 11-12549-TAB
Scott Jones  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: nmolina     Page 1 of 3     Date Rcvd: Jan 17, 2013
                   Form ID: pdf006     Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2013.

```
db          +Scott Jones,    50 Lincoln, 1S,    Riverside, IL 60546-2534
17021113    +ATG CREDIT, LLC,    PO BOX 14895,    Chicago, IL 60614-8542
17021111    +American Coradius International LLC,    6341 Inducon Drive East,    Sanborn, NY 14132-9016
17021112    +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
17021114    +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
17021116    +Bill Me Later,    c/o ACI,    6341 Inducon Drive East,    Sanborn, NY 14132-9016
17021117    +Bill Me Later,    2420 Sweet Home Road, #150,    Amherst, NY 14228-2244
17021118    +Bullhead City Municipal Court,    1255 Marina Blvd.,    Bullhead City, AZ 86442-5733
17021121    +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
18402427     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17021122    +Chicago Lakeshore Medical Assoc.,    c/o ATG Credit, LLC,    PO BOX 14895,    Chicago, IL 60614-8542
18448086     FIA CARD SERVICES NA successor to Bank,    of America NA USA and MBNA America Bank,    PO Box 15102,
              Wilmington, DE 19886-5102
17021126    +FIA Card Services,    PO BOX 15726,    Wilmington, DE 19886-5726
17021127    +Ford Cred,    Po Box Box 542000,    Omaha, NE 68154-8000
17021128   ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court: Hsbc/Bsbuy,    Po Box 15519,    Wilmington, DE 19850)
17021131    +Nextcard,    Po Box 60610,    Phoenix, AZ 85082-0610
17021135    +Northwestern Medical Faculty Found.,    680 N. Lake Shore Drive, Suite 1000,
              Chicago, IL 60611-3092
17021136     Northwestern Medical Faculty Found.,    681 N. Lake Shore Drive, Suite 1000,    Chicago, IL 60611
17021134    +Northwestern Medical Faculty Found.,    PO BOX 75494,    Chicago, IL 60675-5494
17021139    +Northwestern Memorial Hospital,    251 East Huron,    Chicago, IL 60611-3055
17021137    +Northwestern Memorial Hospital,    PO BOX 73690,    Chicago, IL 60673-7690
17021138    +Northwestern Memorial Hospital,    c/o Harris & Harris, Ltd.,    222 Merchandise Mart Plaza, #1900,
              Chicago, IL 60654-1421
17021140    +Peoplesene,    130 E. Randolph Drive,    Chicago, IL 60601-6302
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
17021119    +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Jan 18 2013 02:12:54
              Capital One Auto Finan,    3901 Dallas Pkwy,    Plano, TX 75093-7864
17021120    +E-mail/Text: bankruptcydepartment@ncogroup.com Jan 18 2013 03:29:14      Carolyn Bronke Wind DDS,
              c/o NCO Financial Systems, Inc.,    507 Prudential Road,    Horsham, PA 19044-2308
17021123    +E-mail/Text: legalcollections@comed.com Jan 18 2013 01:48:43      ComED,    Bankruptcy Department,
              555 Waters Edge,    Lombard, IL 60148-7044
18371047     E-mail/PDF: mrdiscen@discoverfinancial.com Jan 18 2013 01:57:59      Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany OH 43054-3025
17021124    +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 18 2013 01:57:59      Discover Fin Svcs Llc,
              Po Box 15316,    Wilmington, DE 19850-5316
17021129    +E-mail/Text: mmrgbk@miramedrg.com Jan 18 2013 02:41:52      MiraMed Revenue Group,    Dept 77304,
              PO BOX 77000,    Detroit, MI 48277-2000
17021130    +E-mail/Text: bankruptcydepartment@ncogroup.com Jan 18 2013 03:29:14      NCO FInancial Systems,
              507 Prudential Road,    Horsham, PA 19044-2368
17021132    +E-mail/Text: bankrup@aglresources.com Jan 18 2013 01:41:12      Nicor,    PO BOX 416,
              Aurora, IL 60507-0416
17021133    +E-mail/Text: bankrup@aglresources.com Jan 18 2013 01:41:12      Nicor Gas,    1844 Ferry Road,
              Naperville, IL 60563-9600
                                                                                              TOTAL: 9
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          The Law Firm of Springer Brown Covey Gaertner & Da
17021115   ##+Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
17021125   ##+FIA Card Services,    PO BOX 15026,    Wilmington, DE 19850-5026
                                                                                   TOTALS: 1, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1           User: nmolina              Page 2 of 3                   Date Rcvd: Jan 17, 2013
                               Form ID: pdf006            Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 19, 2013**            **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: nmolina              Page 3 of 3                  Date Rcvd: Jan 17, 2013
                              Form ID: pdf006            Total Noticed: 32
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2013 at the address(es) listed below:
          Alex D Moglia, ESQ   amoglia@mogliaadvisors.com,  IL31@ecfcbis.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Robert V Schaller   on behalf of Debtor Scott  Jones SchallerLawFirm@gmail.com,
           usbc2007@gmail.com;slfecfmail@gmail.com
          Thomas E Springer   on behalf of Trustee Alex D Moglia, ESQ tspringer@springerbrown.com,
           jkrafcisin@springerbrown.com
                                                                                                                                                        TOTAL: 4