**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: JONES, SCOTT                              § Case No. 11-12549
                                                 §
                                                 §
                                                 §
Debtor(s)                                        §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    ALEX D. MOGLIA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $11,338.00                     Assets Exempt: $8,563.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $21,196.06      Claims Discharged
                                                 Without Payment: $0.00

Total Expenses of Administration: $8,363.04

---

    3) Total gross receipts of $ 59,171.52  (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 29,612.42 (see **Exhibit 2**), yielded net receipts of $29,559.10 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 8,371.37 | 8,363.04 | 8,363.04 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 21,196.06 | 21,196.06 | 21,196.06 |
| **TOTAL DISBURSEMENTS** | $0.00 | $29,567.43 | $29,559.10 | $29,559.10 |

    4) This case was originally filed under Chapter 7 on March 26, 2011. The case was pending for 29 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/26/2013    By: /s/ALEX D. MOGLIA
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Interest in Samuel C. Jones Probate Estate | 1129-000 | 59,171.52 |
| **TOTAL GROSS RECEIPTS** | | **$59,171.52** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JONES, SCOTT | BANKRUPTCY CASE11-12549 ,JONES, SCOTT DIVIDEND ON ALLOWED CLAIM # SURPLUS of 100.00% | 8200-002 | 29,612.42 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$29,612.42** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALEX D. MOGLIA | 2100-000 | N/A | 3,705.24 | 3,696.91 | 3,696.91 |
| SPRINGER, BROWN, COVEY, GAERTNER & DAVIS LLC | 3210-000 | N/A | 4,589.50 | 4,589.50 | 4,589.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 68.70 | 68.70 | 68.70 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 7.93 | 7.93 | 7.93 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $8,371.37 | $8,363.04 | $8,363.04 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 13,273.80 | 13,273.80 | 13,273.80 |
| 1I | Discover Bank | 7990-000 | N/A | 66.57 | 66.57 | 66.57 |
| 2 | Chase Bank USA, N.A. | 7100-000 | N/A | 2,641.42 | 2,641.42 | 2,641.42 |
| 2I | Chase Bank USA, N.A. | 7990-000 | N/A | 13.25 | 13.25 | 13.25 |
| 3 | FIA CARD SERVICES NA successor to Bank | 7100-000 | N/A | 5,175.07 | 5,175.07 | 5,175.07 |
| 3I | FIA CARD SERVICES NA successor to Bank | 7990-000 | N/A | 25.95 | 25.95 | 25.95 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $21,196.06 | $21,196.06 | $21,196.06 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-12549  
**Case Name:** JONES, SCOTT  

**Trustee:** (330260) ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 03/26/11 (f)  
**§341(a) Meeting Date:** 05/05/11  

**Period Ending:** 08/26/13  

**Claims Bar Date:** 04/06/12  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** <br> **(Scheduled And Unscheduled (u) Property)** <br> **Ref. #** | | **Petition/ Unscheduled Values** | **Estimated Net Value** <br> **(Value Determined By Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned** <br> **OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Cash | 75.00 | 0.00 | | 0.00 | FA |
| 2 | Bank account with Chase | 96.00 | 0.00 | | 0.00 | FA |
| 3 | Bank account with MB | 212.00 | 0.00 | | 0.00 | FA |
| 4 | Miscellaneous household goods and furnishings <br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 3,725.00 | 2,725.00 | | 0.00 | FA |
| 5 | Miscellaneous books, pictures, and family photos <br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 250.00 | 50.00 | | 0.00 | FA |
| 6 | Wearing apparel <br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 1,755.00 | 0.00 | | 0.00 | FA |
| 7 | Miscellaneous items <br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | Term insurance policy with no cash value | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Pension/ IRA/ 401k | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Liquidated tax refund(s), if any | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Interest in Samuel C. Jones Probate Estate | Unknown | 80,000.00 | | 59,171.52 | FA |
| 12 | 2003 Ford Ranger <br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 2,725.00 | 0.00 | | 0.00 | FA |
| 13 | 2001 Yamaha Vino Scooter <br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 14 | Unliquidated tax refund, guitar, artist's easel | 500.00 | 0.00 | | 0.00 | FA |
| **14** | **Assets** **Totals** (Excluding unknown values) | **$11,338.00** | **$82,775.00** | | **$59,171.52** | **$0.00** |

**Major Activities Affecting Case Closing:**

    FINAL ACCOUNT PREPARATION.

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-12549  
**Case Name:** JONES, SCOTT

**Trustee:** (330260) ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 03/26/11 (f)  
**§341(a) Meeting Date:** 05/05/11

**Period Ending:** 08/26/13  
**Claims Bar Date:** 04/06/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** April 30, 2012       **Current Projected Date Of Final Report (TFR):** January 17, 2013 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-12549  
**Case Name:** JONES, SCOTT  

**Taxpayer ID #:** **-***8881  
**Period Ending:** 08/26/13  

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******38-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/11/12 | {11} | Lisa D. McBride | SALE PROCEEDS - PERSONAL PROPERTY | 1129-000 | 59,171.52 | | 59,171.52 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 68.70 | 59,102.82 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033026088 20121220 | 9999-000 | | 59,102.82 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 59,171.52 | 59,171.52 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 59,102.82 | |
| | | | **Subtotal** | | 59,171.52 | 68.70 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$59,171.52** | **$68.70** | |

{} Asset reference(s)

Printed: 08/26/2013 11:12 AM    V.13.13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-12549  
**Case Name:** JONES, SCOTT  

**Taxpayer ID #:** **-***8881  
**Period Ending:** 08/26/13  

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****564966 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 59,102.82 | | 59,102.82 |
| 01/23/13 | 10101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/23/2013 FOR CASE #11-12549 | 2300-000 | | 7.93 | 59,094.89 |
| 02/27/13 | 10102 | SPRINGER, BROWN, COVEY, GAERTNER & DAVIS LLC | Dividend paid 100.00% on $4,589.50, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 4,589.50 | 54,505.39 |
| 02/27/13 | 10103 | ALEX D. MOGLIA | Dividend paid 100.00% on $3,696.91, Trustee Compensation; Reference: | 2100-000 | | 3,696.91 | 50,808.48 |
| 02/27/13 | 10104 | JONES, SCOTT | BANKRUPTCY CASE11-12549 ,JONES, SCOTT DIVIDEND ON ALLOWED CLAIM # SURPLUS of 100.00% | 8200-002 | | 29,612.42 | 21,196.06 |
| 02/27/13 | 10105 | Chase Bank USA, N.A. | Combined Check for Claims#2,2I | | | 2,654.67 | 18,541.39 |
| | | | Dividend paid 100.00%   2,641.42 on $2,641.42; Claim# 2; Filed: $2,641.42 | 7100-000 | | | 18,541.39 |
| | | | Dividend paid 100.00%   13.25 on $13.25; Claim# 2I; Filed: $13.25 | 7990-000 | | | 18,541.39 |
| 02/27/13 | 10106 | Discover Bank | Combined Check for Claims#1,1I | | | 13,340.37 | 5,201.02 |
| | | | Dividend paid 100.00%   13,273.80 on $13,273.80; Claim# 1; Filed: $13,273.80 | 7100-000 | | | 5,201.02 |
| | | | Dividend paid 100.00%   66.57 on $66.57; Claim# 1I; Filed: $66.57 | 7990-000 | | | 5,201.02 |
| 02/27/13 | 10107 | FIA CARD SERVICES NA successor to Bank | Combined Check for Claims#3,3I | | | 5,201.02 | 0.00 |
| | | | Dividend paid 100.00%   5,175.07 on $5,175.07; Claim# 3; Filed: $5,175.07 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00%   25.95 on $25.95; Claim# 3I; Filed: $25.95 | 7990-000 | | | 0.00 |

Subtotals :        $59,102.82        $59,102.82

{} Asset reference(s)

Printed: 08/26/2013 11:12 AM    V.13.13

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 11-12549  
**Case Name:** JONES, SCOTT  

**Taxpayer ID #:** **-***8881  
**Period Ending:** 08/26/13  

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****564966 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 59,102.82 | 59,102.82 | $0.00 |
| | | | Less: Bank Transfers | | 59,102.82 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 59,102.82 | |
| | | | Less: Payments to Debtors | | | 29,612.42 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $29,490.40 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******38-66** | 59,171.52 | 68.70 | 0.00 |
| **Checking # ****564966** | 0.00 | 29,490.40 | 0.00 |
| | $59,171.52 | $29,559.10 | $0.00 |

{} Asset reference(s)                                                                                  Printed: 08/26/2013 11:12 AM    V.13.13